UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MAE ROBIN PORTER,

    Plaintiff,

v.                                      Case No: 8:17-cv-947-T-30AAS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Amanda Arnold Sansone (Dkt. 19), Plaintiff's Objections to Magistrate Judge's Report and Recommendation (Dkt. 22), and the Commissioner's Response to Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (Dkt. 23).

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. 19) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The decision of the Defendant Commissioner is AFFIRMED and the case is DISMISSED, with each party to bear their own costs and expenses.

3. The Clerk is directed to enter judgment in the Commissioner's favor consistent with 42 U.S.C. §§ 405(g) and 138(c)(3).

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of June, 2018.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record